CLOSED,EGT

# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:19−cv−23792−KMW

| | |
|---|---|
| Richemond et al v. Equitymax, Inc. et al | Date Filed: 09/11/2019 |
| Assigned to: Judge Kathleen M. Williams | Date Terminated: 11/14/2019 |
| Case in other court: USBC−MIA, 19−01202−LMI | Jury Demand: None |
| Cause: 28:0157 Motion for Withdrawal of Reference | Nature of Suit: 423 Bankruptcy Withdrawl |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Adrien Richemond**      represented by      **Julio Cesar Marrero**
Marrero, Chamizo, Marcer Law, LP
3850 Bird Road, Suite 902
Coral Gables, FL 33146
305−446−0163
Email: eqramul@marrerorealestatelaw.com
*ATTORNEY TO BE NOTICED*

**Richard Siegmeister**
Richard Siegmeister, P.A.
One Plaza Brickell, Suite 304
1800 S.W. 1 Avenue
Miami, FL 33129−1180
305−859−7376
Fax: 305 859−7378
Email: rspa111@att.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Madeleine Richemond**      represented by      **Julio Cesar Marrero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Siegmeister**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Equitymax, Inc.**      represented by      **Jerome Lewis Tepps**
Jerome L. Tepps, P.A.
4300 N. University Dr.
Suite C−102
Sunrise, FL 33351
954−565−3231
Email: jerome@teppslawfirm.com
*ATTORNEY TO BE NOTICED*

**William Andrew Treco**
Jerome L. Tepps, P.A.
4300 N. University Dr.
Suite C−102
Sunrise, FL 33351
954−565−3231
Email: william@teppslawfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | | |
|---|---|---|---|
| **Title Quest Investments, LLC** | | represented by | **Natalie F. Guerra−Valdes**<br>Valdes Law Firm, P.A.<br>633 SE 3rd Avenue<br>Suite 301<br>Ft. Lauderdale, FL 33301<br>(954)764−7878<br>Fax: (954)764−7272<br>Email: eservice@valdeslawfirmpa.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | | |
| **United Financial Counselors, Inc.** | | represented by | **United Financial Counselors, Inc.**<br>2321 Hollywood Blvd<br>Hollywood, FL 33020<br>PRO SE |
| **Defendant** | | | |
| **Jason Walowitz** | | represented by | **Jason Walowitz**<br>235 SE 4th Lane<br>Pompano Beach, FL 33060<br>PRO SE |
| **Defendant** | | | |
| **Stan L. Riskin** | | represented by | **Stanley L. Riskin**<br>Stan L. Riskin, P.A.<br>20801 Biscayne Boulevard<br>Suite 506<br>Aventura, FL 33180<br>305−936−8844<br>Fax: 305−627−3831<br>Email: SLRISKIN@AOL.COM<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2019 | 1 | MOTION (COMPLAINT) to Withdraw Reference Bankruptcy Court case number 19−1202−LMI., filed by Stan L. Riskin.(dcn) (Entered: 09/11/2019) |
| 09/11/2019 | 2 | Bankruptcy Transmittal of Designated Record to District Court re 1 Bankruptcy Motion (Complaint) to Withdraw Reference filed by Stan L. Riskin (Attachments: # 1 Docket Sheet, # 2 Movant's Designated Items from Case # 19−1202−LMI, # 3 Movant's Designated Items from Case # 19−12823−LMI)(dcn) (Entered: 09/11/2019) |
| 09/11/2019 | 3 | Clerks Notice of Judge Assignment to Judge Kathleen M. Williams.<br><br>Pro se (NON−PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON−PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (jc) (Entered: 09/11/2019) |
| 09/11/2019 | 4 | Bankruptcy Filing of Motion to Withdraw Reference Pursuant to 28 USC 157(d) with District Court (jc) (Entered: 09/11/2019) |
| 09/25/2019 | 5 | MOTION to Dismiss with Prejudice 2 Bankruptcy Transmittal of Designated Record to District Court, , MOTION TO DISMISS 2 Bankruptcy Transmittal of Designated Record to District Court, FOR FAILURE TO STATE A CLAIM *or in the alternative* ( Responses due by 10/9/2019), MOTION for More Definite Statement *With Incorporated Memorandum of Law* ( Responses due by 10/9/2019) by Stan L. Riskin. (Riskin, Stanley) (Entered: 09/25/2019) |
| 09/27/2019 | 6 | **FIRST** Clerk's Notice of Undeliverable Mail re 3 Clerk's Notice of Judge Assignment,. US Mail returned for: United Financial Counselors, Inc.. ***The Court has not located an updated address for this party. After two undeliverable notices from the Court, notices*** |

| | | |
|---|---|---|
| | | *will no longer be sent to this party in this case until a correct address is provided.* (mp) (Entered: 09/27/2019) |
| 11/08/2019 | 7 | PAPERLESS ORDER TO SHOW CAUSE. THIS MATTER is before the Court on Defendant Stan L. Riskin's motion to dismiss 5 . Plaintiff's response was due October 9, 2019. To date, Plaintiff has failed to file a response. Accordingly, Plaintiff is **ORDERED to SHOW CAUSE by November 13, 2019 at 5:00 PM** as to why Defendant's motion to dismiss should not be granted by default. Signed by Judge Kathleen M. Williams on 11/8/2019. (jws) (Entered: 11/08/2019) |
| 11/12/2019 | 8 | RESPONSE by Adrien Richemond, Madeleine Richemond. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Siegmeister, Richard) (Entered: 11/12/2019) |
| 11/12/2019 | 9 | RESPONSE TO ORDER TO SHOW CAUSE by Adrien Richemond, Madeleine Richemond. (Siegmeister, Richard) (Entered: 11/12/2019) |
| 11/12/2019 | 10 | CERTIFICATE OF SERVICE by Adrien Richemond, Madeleine Richemond re 9 Response to Order to Show Cause, 8 Response/Reply (Other) (Siegmeister, Richard) (Entered: 11/12/2019) |
| 11/14/2019 | | **PAPERLESS ORDER DISMISSING CASE WITHOUT PREJUDICE.** THIS MATTER is before the Court on Plaintiff's response to the Court's order to show cause 9 . Plaintiff was required to file a response to Defendant's motion to dismiss 5 by October 9, 2019. On November 8, 2019, the Court ordered Plaintiff to show cause as to why Defendant's motion to dismiss should not be granted by default for failure to respond 7 . On November 12, 2019, Plaintiff filed its response to the Court's order to show cause 9 and its response to the motion to dismiss 10 .<br><br>Upon review of Plaintiff's response to the Court's order to show cause 9 , the Court finds that Plaintiff has not established good cause excusing its failure to timely respond to the motion. It is further **ORDERED AND ADJUDGED** that Plaintiff's response to the motion to dismiss 10 is **STRICKEN**, as it was filed untimely and without leave of court, and Plaintiff has failed to establish good cause for its delay. *See Pollo Campestre, S.A. de C.V. v. Campero, Inc.*, No. 19−20001−CIV, 2019 WL 3752575 (S.D. Fla. Aug. 8, 2019) (refusing to consider an untimely filed response where party failed to seek an extension or proffer an adequate explanation for its untimeliness).<br><br>Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's motion to dismiss 5 is deemed unopposed and is **GRANTED BY DEFAULT** pursuant to Local Rule 7.1(c), which states that the failure to serve an opposing memorandum of law within 14 days after the service of a motion "may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c). *See also De Leon v. S. Transp. Grp., Inc.*, No. 16−23879−CIV, 2016 WL 9274928, at *1 (S.D. Fla. Dec. 20, 2016), *report and recommendation adopted*, No. 16−23879−CIV, 2017 WL 2899977 (S.D. Fla. Jan. 23, 2017) (granting motion where opposing party "did not demonstrate good cause for failing to respond... "). Thus, this matter is **DISMISSED WITHOUT PREJUDICE AND CLOSED.** Signed Judge Kathleen M. Williams. (clu). (Entered: 11/14/2019) |